Christopher Alexander Olsen, SBN 236928
**OLSEN LAW OFFICES**
1010 Second Avenue Suite 1835
San Diego, CA 92101
619-550-9352
619-923-2747 (fax)
caolsen@caolsenlawoffices.com

Richard J. (Rex) Burch
*Admitted pro hac vice*
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
rburch@brucknerburch.com

Attorneys for Haukland and the Classes

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATH HAUKLAND, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THINK RESOURCES n/k/a RANDSTAD ENGINEERING,<br><br>Defendant. | **Case No. 14-cv-00145-H-DHB**<br><br>**HAUKLAND'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS/COLLECTIVE ACTION SETTLEMENT**<br><br>Hearing Date: Monday, March 30, 2015<br>Time:10:30am<br>Location: Courtroom 15A |

   PLEASE TAKE NOTICE that pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, on March 30, 2015, at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn L. Huff, United States District Judge for the Southern District of California, located at 331 West Broadway, San Diego, California,

1

plaintiff Heath Haukland, individually and on behalf of all others similarly situated, by and through undersigned counsel, will and hereby does move the Court for entry of an Order:

(1) granting preliminary approval of the Settlement Agreement and Release of Claims (the "Settlement") reached by the Parties;

(2) approving the Class Notice to the Settlement Classes and methods for dissemination of the Class Notice as set forth in the Settlement;

(3) appointing ILYM Group, Inc. as Claims Administrator;

(4) certifying the California Class and FLSA Collective for settlement purposes only;

(5) appointing Haukland as the representative plaintiff;

(6) appointing Bruckner Burch PLLC as Class Counsel; and

(7) scheduling a final approval hearing.

This motion is supported by Haukland's Memorandum in Support of Preliminary Approval of Class/Collective Action Settlement, all papers and pleadings on file herein, and any further evidence the Court may choose to entertain.

Dated: February 26, 2015             **BRUCKNER BURCH PLLC**

**/s/ Rex Burch**

Richard J. (Rex) Burch
*Attorney for Haukland and the Proposed Classes*

### CERTIFICATE OF SERVICE

I served this document on all counsel of record via the Court's ECF system, which provides an email to all parties of record in this matter.

**/s/ Rex Burch**

Richard J. (Rex) Burch