# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATH HAUKLAND, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>vs.<br><br>THINK RESOURCES n/k/a RANDSTAD ENGINEERING,<br><br>                    Defendant. | CASE NO. 14-CV-0145-H (DHB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND CLASS NOTICE MAILING AND RESPONSE DEADLINES**<br><br>[Doc. No. 46] |

On April 29, 2015, the parties filed a joint motion to extend the deadline for mailing the class notice and the deadline for class members to file claims or other responses. (Doc. No. 46.) Exercising its discretion, and for good cause shown, the Court grants the joint motion. The settlement administrator must mail class notices by May 7, 2015. Potential class members must return their claims or other responses by July 6, 2015. This order does not change any other deadlines set in prior orders.

**IT IS SO ORDERED.**

DATED: April 30, 2015

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT